IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:20cr85-MHT
                            )           (WO)
KAYLA ASHLEY MCCLELLAN      )
```

ORDER

Based on the representations made on the record during the videoconference hearing on May 5, 2021, it is ORDERED that defendant Kayla Ashley McClellan's motion for release pending the execution of her sentence (Doc. 196) is granted.  Pursuant to 18 U.S.C. §§ 3143(a)(2) and 3145(c), the court finds that defendant McClellan is not likely to flee or to pose a danger to any other person or the community, and the court finds that exceptional reasons exist why her detention would not be appropriate pending her commitment date to the Bureau of Prisons.  The only concern raised by the government at the hearing was that McClellan suffers from a drug addiction, which the court believes can be addressed by appropriate and

strict conditions of release, including home confinement, frequent drug testing, and the understanding that if she tests positive for prohibited substances, she will be immediately re-arrested and returned to custody pending her commitment date.

It is further ORDERED as follows:

(1) Defendant McClellan will remain on home confinement during her release at the home of Preston and Ashley Jones in Millbrook, Alabama, at the address listed in the Pretrial Services Report (Doc. 149-3). She may leave the home only with prior approval of her probation officer or to obtain a COVID-19 vaccine in the custody of Preston Jones, Ashley Jones, or her probation officer.

(2) Defendant McClellan shall abstain from all use of alcohol or controlled substances during her release. She shall submit to testing as directed by her probation officer to ensure that she has not reverted to the use of prohibited substances.

(3) Defendant McClellan is to self-surrender to a facility designated by the Bureau of Prisons on or before 2:00 p.m. on June 24, 2021.

DONE, this the 5th day of May, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE